# UNITED STATES DISTRICT COURT
для the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

JUN 0 1 2018

, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Conrado Chavez | ) | Case No. M-18-1148-M |
| DOB: 1976, Citizen of United States | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 31, 2018__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846, 841 (a)(1) | Conspiracy to Possess with the intent to distribute a Controlled Substance, that is more than 500 grams of methamphetamine |

This criminal complaint is based on these facts:
On May 28, 2018, Texas Department of Public Safety (DPS) Criminal Investigations Division (CID) Special Agents received information regarding a suspicious commercial motor vehicle (CMV) possibly involved in narcotics trafficking. The suspected CMV was described as a red truck tractor, bearing Mexican registration located at a residence in in Weslaco, Hidalgo County, Texas.

✓ Continued on the attached sheet.

approved by
AUSA KB

Sworn to before me and signed in my presence.

*Complainant's signature*

Eduardo Jimenez, TX. DPS CID Special Agent
*Printed name and title*

Date: 6/1/2018

*Judge's signature*

City and state:  McAllen, Texas

Scott Hacker, U.S. Magistrate Judge
*Printed name and title*

On the same day, DPS SAs identified the suspect vehicle and received additional information that the tractor trailer was in control by a suspect identified as CONRADO CHAVEZ. SAs were able to observe a maroon Ford F-250 belonging to CHAVEZ parked at the same suspect residence where the tractor trailer was parked.

Agents confirmed that the tractor trailer had crossed from Mexico on Saturday, May 26, 2018, through the Pharr, Texas Port of Entry.

On May 29 and 30, 2018, DPS continued surveillance. On May 31, 2018, DPS CID Agents resumed surveillance at approx. 7:00 am and noticed that the tractor trailer was no longer at the location. DPS SAs received information that the truck tractor was at another location in Weslaco, Texas. Special Agents proceeded to the location and observed a truck tractor which resembled the original tractor trailer.

At approx. 12:33 p.m., the tractor trailer, followed by the small black vehicle, was observed at a business in Weslaco, Texas. The truck tractor remained there for a short period of time and then left and drove to a residence located in Weslaco, Texas.

DPS SAs approached the residence and made contact with the driver CONRADO CHAVEZ. CHAVEZ gave written consent to search the truck tractor. A search of the passenger side fuel tank revealed a blue liquid substance which tested positive for Methamphetamine.

Post-Miranda, CHAVEZ admitted the tractor was picked up in Hidalgo, Texas and was supposed to be transported to Atlanta, Georgia. CHAVEZ admitted the tractor trailer was sent by dangerous people and that CHAVEZ moved the tractor trailer from one location to another to attempt avoid to avoid being caught with it by law enforcement.

The tractor trailer was transported to the DEA office in McAllen where the tractor trailer was secured until a clandestine team from DEA could arrive to transfer the liquid into secure containers for testing and storage. Based on the size of the fuel tank and the amount of liquid in the tank, agents believe the methamphetamine weighed more than 500 grams.